## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STATE OF ARKANSAS**                                                    **PLAINTIFF**

**v.**                                    **4:26-cm-00009-BSM**

**JOSHUA MARLATT**                                                       **DEFENDANT**
**#99670**

### ORDER

Joshua Marlatt's motion to dismiss [Doc. No. 4] and motion to set aside plea [Doc. No. 5] are denied without prejudice. Marlatt's notice of removal [Doc. No. 1] is denied because pending state court criminal cases can only be removed to federal court under very limited circumstances, none of which apply here. 28 U.S.C. §§ 1442(a), 1443. The clerk is directed to remand this case to the Pope County Circuit Court.

IT IS SO ORDERED this 12th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE